IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FERNANDO TALAVERA,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**No. 1:11-cv-00371-GBW-LAM**

**CITY OF RUIDOSO DOWNS, et al.,**

      **Defendants.**

## ORDER GRANTING IN PART THE JOINT MOTION EXTENDING DISCOVERY DEADLINE AND VACATING AND RESETTING SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court on the parties' *Joint Motion Extending Deadline and Vacating and Resetting Settlement Conference (Doc.33)*, filed January 13, 2012. Having considered the motion, the arguments of counsel at the hearing on the motion held on January 18, 2012, and the record of this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED in part.**

In the motion, the parties state that they have been involved in meeting deadlines in other cases and the discovery in this case is currently in the infancy state. Answers to interrogatories have just been exchanged and Plaintiff has propounded a second set of written discovery upon the Defendant. No depositions have been scheduled or taken but they anticipate beginning depositions in February. They were requesting a 60-day extension of the discovery deadline only; however, at the hearing on January 18, 2012, the parties agreed to a 30-day extension. Also at the hearing, the parties further agreed to keep the March 5, 2012 settlement conference date and advised that they were withdrawing their request to vacate the settlement conference.

-2-

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion Extending Deadline and Vacating and Resetting Settlement Conference (Doc.33)* is **GRANTED in part** and that the discovery deadline shall be extended by thirty (30) days as follows:

**Termination of Discovery:** March 13, 2012

**Motions Relating to Discovery** March 26, 2012[1]

**IT IS FURTHER ORDERED** that the settlement conference set for March 5, 2012, at 9:30 a.m., in Las Cruces, New Mexico, will go forward as scheduled.

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.*

**IT IS SO ORDERED.**

                                                      _____
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**

---

[1]Although the parties did not request an extension of this deadline in their motion (*Doc. 33*), the Court will extend this deadline, as well, because the original deadline of March 5, 2012 for motions relating to discovery would run before the newly-extended deadline for discovery.